UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1664
(3:23-cv-00702-FDW-SCR)
_____

NEHZAT MOHAMMADIKIAKALAYEHAMLESH; MOHAMMADREZA RASHIDI

      Plaintiffs - Appellants

v.

PAMELA JO BONDI, U.S. Attorney General; KASH PATEL, Director of Federal Bureau of Investigation; MARCO RUBIO, U.S. Secretary of State; JOSIE PAPENDICK, Director of the National Visa Center; PAUL R. HOUSTON, Assistant Secretary of Bureau of Diplomatic Security; MARTINA A. STRONG, U.S. Ambassador to United Arab Emirates; ERIC GAUDIOSI, Deputy Chief of Mission to U.S. Embassy in Abu Dhabi, United Arab Emirates

      Defendants - Appellees

_____

O R D E R
_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk